# Wisconsin Court of Appeals

2017 WI App 41

| | | | |
|---|---|---|---|
| Coyle v. Coyle | 2013AP002551 | 05–11–2017 | Affirmed |
| Breslin v. Wisconsin Health Care Liab. Ins. Plan† | 2015AP001051 | 05–25–2017 | Affirmed |
| State v. Schumacher, Jr. | 2015AP001263 | 05–02–2017 | Affirmed |
| State v. Sanchez† | 2015AP001753 CR | 05–31–2017 | Affirmed |
| State v. Pico† | 2015AP001799 CR | 05–10–2017 | Reversed and remanded |
| MillerCoors LLC v. Millis Transfer Inc.† | 2015AP001894 | 05–16–2017 | Affirmed |
| Kastner v. Kastner† | 2015AP001903 | 05–09–2017 | Affirmed |
| State v. Anderson† | 2015AP002056 CR | 05–17–2017 | Affirmed |
| Sullivan v. American Family Mut. Ins. Co. | 2015AP002172 | 05–11–2017 | Affirmed |

† Petition to review filed.